Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KENT EGBERT,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>  Defendant. | Case No. 2:16-cv-02070-APG-PAL<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

Defendant Equifax Information Services LLC ("Equifax") has requested a second extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Kent Egbert has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **November 18, 2016**. Plaintiff and Equifax are actively engaged

1  in settlement discussions.  The additional time to respond to the Complaint will facilitate
2  settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

SNELL & WILMER L.L.P.

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Equifax Information Services LLC*

**No Opposition**

HAINES & KRIEGER

By: /s/ David H. Kreiger
David H. Kreiger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Attorneys for Plaintiff Kent Egbert

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED November 2, 2016

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2016, I electronically filed the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*

                                      */s/ Candace L. Charlet*
                                          An Employee of Snell & Wilmer L.L.P.

25134834